UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br> ARMANDO PONCE-SADORA,       )<br>                            )<br>            Defendant.        )<br>_____ ) | CASE NO.   CR06-198 RSL<br><br>DETENTION ORDER |

Offense charged:

  Count I:  Conspiracy to Distribute Cocaine, Heroin and Methamphetamine.

Date of Detention Hearing: June 26, 2006

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Todd Greenberg. The defendant was represented by Bruce Erickson.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

  (1)  There is probable cause to believe the defendant committed the drug

DETENTION ORDER
PAGE -1-

1   offense. The maximum penalty is in excess of ten years. There is
2   therefore a rebuttable presumption against the defendant's release based
3   upon both dangerousness and flight risk, under Title 18 U.S.C. §
4   3142(e).
5   (2) Nothing in this record satisfactorily rebuts the presumption against
6   release for several reasons:
7       (a) <u>The nature and circumstances of the offense charged, including</u>
8   <u>whether the offense is a crime of violence or involves a narcotic</u>
9   <u>drug</u>. Here is a major drug conspiracy involving 25 charged
10   individuals. His role is considered significant among the
11   conspiracy's leaders. He has admitted his involvement, as well.
12       (b) <u>The weight of the evidence</u>. Through the use of electronically
13   recorded telephone calls and surveillance, the defendant is
14   implicated in numerous sales of controlled substances.
15       (c) <u>The history and characteristics of the person</u>. While the
16   defendant is employable, he appears not to have a legitimate
17   source of income currently, yet has unexplained wealth by his
18   ownership of two homes.
19       (d) <u>Risk of danger to the community</u>. Relying upon the reasons set
20   forth above, the defendant poses a risk of danger.
21   (3) Based upon the foregoing information, it appears that there is no
22   condition or combination of conditions that would reasonably assure
23   future Court appearances and/or the safety of other persons or the
24   community.
25   **It is therefore ORDERED**:
26   (l) The defendant shall be detained pending trial and committed to the

custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of June, 2006.

*[signature]*
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-